| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Tony Acevedo | 5/3/1967 | CA | Eastern District of California | No | City Of Porterville (CA5410010) | No | Kidney Cancer | 1-9 |
| 2 | Greg Adams | 9/21/1973 | AZ | District of Arizona | No | City of Glendale (AZ0407093) | No | Kidney Cancer | 1-9 |
| 3 | Shmir Ali | 4/24/1990 | TX | Southern District of Texas | No | City of Pearland (TX0200008) | No | Testicular Cancer | 1-9 |
| 4 | Jared Allen | 2/16/1995 | OH | Southern District of Ohio | No | Louisville Water Company (KY0560258) | No | Testicular Cancer | 1-9 |
| 5 | Leon Allen | 3/7/1940 | NC | Eastern District of North Carolina | No | Fayetteville Public Works Commission (NC0326010) | No | Kidney Cancer | 1-9 |
| 6 | Luis Alvarado | 1/12/1993 | TX | Southern District of Texas | No | City Of Donna (TX1080002) | No | Testicular Cancer | 1-9 |
| 7 | Jesse Arndt | 2/9/1988 | WI | Western District of Wisconsin | No | Belvidere (IL0070050) | No | Testicular Cancer | 1-9 |
| 8 | Jimmy Arthur | 7/11/1972 | WV | Southern District of West Virginia | No | City of Goose Creek (SC0810004) | No | Kidney Cancer | 1-9 |
| 9 | Sean Nelson Baker | 11/21/1966 | FL | Northern District of Florida | No | NAS Pensacola-Corry Station (FL1170814) | No | Ulcerative Colitis | 1-9 |
| 10 | Jake Bakker | 4/8/1999 | NV | District of Nevada | No | Covington Water District (WA5341650) | No | Testicular Cancer | 1-9 |
| 11 | Elwood Benton | 10/19/1987 | PA | Western District of Pennsylvania | No | Brunswick Regional Water And Sewer H2Go (NC0410070) | No | Testicular Cancer | 1-9 |
| 12 | Ben Bernstein | 11/21/1977 | AZ | District of Arizona | No | City of Tucson (AZ0410112) | No | Kidney Cancer | 1-9 |
| 13 | Meagan Blevins | 9/30/1981 | FL | Middle District of Florida | No | Winter Haven Water Dept (FL6531992) | No | Kidney Cancer | 1-9 |
| 14 | Craig Bohan | 1/6/1963 | FL | Middle District of Florida | No | Suffolk County Water Authority (NY5110526) | No | Ulcerative Colitis | 1-9 |
| 15 | Christoper Bradley | 9/11/1976 | NJ | District of New Jersey | No | Greenwich Twp Water Department (NJ0807001) | No | Testicular Cancer | 1-9 |
| 16 | Chris Brewer | 7/28/1985 | TX | Western District of Texas | No | Green Valley Sud (TX0940022) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 17 | Robert R. Brock Jr. | 8/20/1964 | FL | Middle District of Florida | No | Ocud/Western Regional Wtr Sys (4 Wps) (FL3481546) | No | Kidney Cancer | 1-9 |
| 18 | Butch Bukk Travis | 12/30/1979 | TX | Western District of Texas | No | City Of Petal (MS0180011) | No | Testicular Cancer | 1-9 |
| 19 | Nancy Bullock-Baugh | 7/16/1951 | PA | Eastern District of Pennsylvania | No | Philadelphia Water Department (PA1510001) | No | Kidney Cancer | 1-9 |
| 20 | Chantel Burch | 3/19/1971 | IL | Central District of Illinois | No | IL American - Pekin (IL1795040) | No | Ulcerative Colitis | 1-9 |
| 21 | Gala Cares | 7/23/2001 | MA | District of Massachusetts | No | Salem Water Department (NH2051010) | No | Ulcerative Colitis | 1-9 |
| 22 | Brayan Carrillo | 8/3/1992 | CA | Central District of California | No | Los Angeles Department of Water and Power (CA1910067) | No | Testicular Cancer | 1-9 |
| 23 | Grady Carroll | 12/11/1982 | FL | Northern District of Florida | No | Bagdad-Garcon Point Water System (FL1570042) | No | Ulcerative Colitis | 1-9 |
| 24 | Harrison Chona | 10/5/1990 | FL | Middle District of Florida | No | City of Tampa Water Department (FL6290327) | No | Testicular Cancer | 1-9 |
| 25 | Michael Collins | 6/18/1960 | FL | Southern District of Florida | No | Delray Beach Public Water System (FL4500351) | No | Kidney Cancer | 1-9 |
| 26 | Michael Concha | 3/10/1989 | CA | Southern District of California | No | Carlsbad Mwd (CA3710005) | No | Testicular Cancer | 1-9 |
| 27 | Kris Cooper | 2/1/1973 | MI | Western District of Michigan | No | Elkhart Public Works & Utilities (IN5220008) | No | Kidney Cancer | 1-9 |
| 28 | Erica Criss | 3/13/1999 | FL | Southern District of Florida | No | FKAA J. Robert Dean WTP (FL4134357) | No | Ulcerative Colitis | 1-9 |
| 29 | Steve Dameron | 11/24/1953 | OH | Southern District of Ohio | No | City Of Gulfport (MS0240003) | No | Testicular Cancer | 1-9 |
| 30 | Brian Dawe | 8/14/1982 | FL | Middle District of Florida | No | OCUD - Eastern (FL3484132) | No | Testicular Cancer | 1-9 |
| 31 | Gary Dodd | 7/15/1966 | SD | District of South Dakota | No | San Jose Water (CA4310011) | No | Testicular Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 32 | Vernon Dority | 9/11/1959 | OH | Southern District of Ohio | No | Cincinnati Public Water System (OH3102612) | No | Testicular Cancer | 1-9 |
| 33 | Samantha Dorsey | 9/21/1991 | NC | Middle District of North Carolina | No | Moore County Public Utilities - Pinehurst (NC0363108) | No | Kidney Cancer | 1-9 |
| 34 | Robert Dubuque | 10/30/1967 | MD | District of Maryland | No | City Of Hollywood (FL4060642) | No | Kidney Cancer | 1-9 |
| 35 | Charles Dunsmore | 7/6/1974 | TN | Eastern District of Tennessee | No | Bedford County Utility District (TN0000517) | No | Kidney Cancer | 1-9 |
| 36 | Alexis Ekstedt | 9/24/2005 | MT | District of Montana | No | Town Of Gilbert (AZ0407092) | No | Ulcerative Colitis | 1-9 |
| 37 | Salvatore Esposito | 6/6/1976 | NJ | District of New Jersey | No | City of Newark Water Department (NJ0714001) | No | Kidney Cancer | 1-9 |
| 38 | Luther Ferguson Jr | 12/17/1956 | AL | Northern District of Alabama | No | Nolensville-College Grove U.D. (TN0000511) | No | Kidney Cancer | 1-9 |
| 39 | Leonard Ferguson | 7/14/1971 | MI | Eastern District of Michigan | No | City of Detroit (MI0001800) | No | Kidney Cancer | 1-9 |
| 40 | Michael Fettig | 6/5/1975 | IN | Northern District of Indiana | No | South Bend Water Works (IN5271014) | No | Kidney Cancer | 1-9 |
| 41 | Gil Fournier | 8/9/2002 | CT | District of Connecticut | No | Putnam Water Pollution Control Authority (CT1160011) | No | Testicular Cancer | 1-9 |
| 42 | Stanley Foust | 11/3/1969 | SC | District of South Carolina | No | City Of Newport News (VA3700500) | No | Testicular Cancer | 1-9 |
| 43 | Richard Garcia | 5/12/2007 | CA | Northern District of California | No | Santa Clara Valley Water District (CA4310027) | No | Testicular Cancer | 1-9 |
| 44 | Roberto Garcia | 8/15/1963 | TX | Southern District of Texas | No | City Of Edinburg (TX1080004) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 45 | Janeth Garlette | 4/5/1942 | VA | Eastern District of Virginia | No | City Of Newport News (VA3700500) | No | Kidney Cancer | 1-9 |
| 46 | Juan Gonzalez | 4/8/1962 | FL | Southern District of Florida | No | Miami-Dade WSD (FL4130871) | No | Kidney Cancer | 1-9 |
| 47 | Jack Gwaltney | 11/17/1948 | VA | Western District of Virginia | No | Chesterfield Co Central Water System (VA4041845) | No | Kidney Cancer | 1-9 |
| 48 | Scott Hannan | 9/15/1972 | OH | Northern District of Ohio | No | Columbus Public Water System (OH2504412) | No | Testicular Cancer | 1-9 |
| 49 | Nicole Hansen | 12/17/1993 | UT | District of Utah | No | American Fork City (UTAH25008) | No | Ulcerative Colitis | 1-9 |
| 50 | Claudia J Hanson | 1/4/1943 | FL | Southern District of Florida | No | Brick Township (NJ1506001) | No | Kidney Cancer | 1-9 |
| 51 | Chadd Hartman | 4/29/1973 | MI | Western District of Michigan | No | Wright-Patterson AFB (OH2903312) | No | Testicular Cancer | 1-9 |
| 52 | Ronald Cary Hayes Eddins | 5/8/1945 | TX | Eastern District of Texas | No | City of Fort Worth (TX2200012) | No | Kidney Cancer | 1-9 |
| 53 | Daniel Hayes | 1/5/2000 | IL | Northern District of Illinois | No | Channahon (IL1970200) | No | Testicular Cancer | 1-9 |
| 54 | Nathanial Henderson | 2/4/1988 | CA | Eastern District of California | No | City Of Huntsville (TX2360001) | No | Testicular Cancer | 1-9 |
| 55 | Patricia Hereford | 7/17/1953 | AL | Northern District of Alabama | No | Madison County Water Department (AL0000888) | No | Kidney Cancer | 1-9 |
| 56 | Stacy Herrell | 3/7/1963 | VA | Western District of Virginia | No | Western Virginia Water Authority (VA2770900) | No | Kidney Cancer | 1-9 |
| 57 | Lilly Holston | 4/2/1956 | SC | District of South Carolina | No | Myrtle Beach City Of (SC2610001) | No | Kidney Cancer | 1-9 |
| 58 | Marina Hoover | 11/29/1973 | AZ | District of Arizona | No | City of Phoenix (AZ0407025) | No | Kidney Cancer | 1-9 |
| 59 | Darnell Howard | 10/14/1961 | VA | Eastern District of Virginia | No | City Of Newport News (VA3700500) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 60 | Vince Hoyt | 7/3/1982 | PA | Western District of Pennsylvania | No | Emerald Coast Utilities Authority (FL1170525) | No | Kidney Cancer | 1-9 |
| 61 | Nicholas Huntsman | 6/20/1979 | UT | District of Utah | No | Carmel Water Department (IN5229004) | No | Testicular Cancer | 1-9 |
| 62 | Autumn L Irvin Cole | 12/28/1979 | SC | District of South Carolina | No | Gaffney BPW (SC1110001) | No | Ulcerative Colitis | 1-9 |
| 63 | Tammy James | 8/20/1965 | OH | Southern District of Ohio | No | Gallipolis PWS (OH2700112) | No | Kidney Cancer | 1-9 |
| 64 | Marian Jeffries | 5/11/1954 | MA | District of Massachusetts | No | Weymouth Water Department (MA4336000) | No | Kidney Cancer | 1-9 |
| 65 | Bradley Johnson | 1/29/1981 | FL | Middle District of Florida | No | Monroe South County (MI0004455) | No | Testicular Cancer | 1-9 |
| 66 | Cody Johnson | 3/4/1995 | OH | Southern District of Ohio | No | City Of Belton (TX0140002) | No | Testicular Cancer | 1-9 |
| 67 | Richard Johnson | 8/7/1978 | TX | Southern District of Texas | No | City of Houston (TX1010013) | No | Kidney Cancer | 1-9 |
| 68 | Lynn Kemmerer | 3/23/1976 | PA | Middle District of Pennsylvania | No | Williamsport MWA (PA4410173) | No | Kidney Cancer | 1-9 |
| 69 | Elizabeth Kiedrowski | 4/9/1970 | MS | Northern District of Mississippi | No | Hartland Waterworks (WI2680205) | No | Kidney Cancer | 1-9 |
| 70 | Penny Killian | 10/2/1958 | PA | Eastern District of Pennsylvania | No | PA American Coatesville (PA1150106) | No | Kidney Cancer | 1-9 |
| 71 | Ray Klein | 7/27/1959 | NC | Western District of North Carolina | No | FKAA J. Robert Dean WTP (FL4134357) | No | Kidney Cancer | 1-9 |
| 72 | Robert Kuhl | 4/24/1947 | TX | Southern District of Texas | No | City Of Houston (TX1010013) | No | Kidney Cancer | 1-9 |
| 73 | Kirk Kunich | 4/12/1980 | NJ | District of New Jersey | No | New Jersey American Water - Raritan (NJ2004002) | No | Testicular Cancer | 1-9 |
| 74 | Felicia La'niece Eastmond | 2/27/1991 | NJ | District of New Jersey | No | Veolia Water New Jersey Hackensack (NJ0238001) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 75 | Matthew Lechner | 12/22/1993 | CO | District of Colorado | No | Kent County Water Authority (RI1559511) | No | Testicular Cancer | 1-9 |
| 76 | Jaredan Levin | 3/5/1999 | NY | Eastern District of New York | No | Los Angeles Department of Water and Power (CA1910067) | No | Testicular Cancer | 1-9 |
| 77 | Nikki Limberis | 12/6/1950 | FL | Middle District of Florida | No | Clearwater Water System (FL6520336) | No | Kidney Cancer | 1-9 |
| 78 | Nicholas Longberry | 12/13/1981 | GA | Northern District of Georgia | No | Woodstock (GA0570003) | No | Kidney Cancer | 1-9 |
| 79 | Lorena Lopez | 8/31/1972 | CA | Southern District of California | No | City of Colton (CA3610014) | No | Testicular Cancer | 1-9 |
| 80 | Mitzi Lyles | 11/12/1967 | GA | Northern District of Georgia | No | Fayetteville (GA1130003) | No | Kidney Cancer | 1-9 |
| 81 | Sharon Maier Finn | 7/31/1954 | FL | Middle District of Florida | No | Charlotte County Utilities (FL5084100) | No | Kidney Cancer | 1-9 |
| 82 | Kimberly Marciniak | 5/19/1976 | MN | District of Minnesota | No | Big Lake (MN1710002) | No | Kidney Cancer | 1-9 |
| 83 | Steven Marron | 2/24/1972 | TX | Southern District of Texas | No | Baton Rouge Water Company (LA1033005) | No | Kidney Cancer | 1-9 |
| 84 | Charlotte Marx | 11/2/2001 | PA | Eastern District of Pennsylvania | No | CSU Main And West Housing Campus (CO0235184) | No | Ulcerative Colitis | 1-9 |
| 85 | Cyrus L Mcdonald | 9/13/1998 | NE | District of Nebraska | No | City of Loveland (CO0135485) | No | Testicular Cancer | 1-9 |
| 86 | William Mikota | 10/28/1957 | NV | District of Nevada | No | Truckee-Donner Pud, Main (CA2910003) | No | Kidney Cancer | 1-9 |
| 87 | Christopher Mitchell | 7/28/1976 | PA | Eastern District of Pennsylvania | No | LCA Allentown Division (PA3390024) | No | Ulcerative Colitis | 1-9 |
| 88 | Justin Mitchell | 7/24/1993 | AL | Middle District of Alabama | No | Russell County Water Authority (AL0001145) | No | Ulcerative Colitis | 1-9 |
| 89 | Tommy K. Mitchell | 8/22/1995 | CA | Central District of California | No | GSWC - Southwest (CA1910155) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 90 | Lawrence Morgan | 7/27/1983 | MA | District of Massachusetts | No | Holbrook Public Works Dept. (MA4133000) | No | Testicular Cancer | 1-9 |
| 91 | Omid Nabifar | 9/2/1997 | CA | Central District of California | No | Foothill Municipal Water Dist. (CA1910032) | No | Testicular Cancer | 1-9 |
| 92 | Eric Nascari | 1/1/2000 | CA | Eastern District of California | No | Phoenixville Water Dept. (PA1150077) | No | Testicular Cancer | 1-9 |
| 93 | Anita Overstreet Bond | 3/3/1944 | VA | Western District of Virginia | No | Western Virginia Water Authority (VA2770900) | No | Kidney Cancer | 1-9 |
| 94 | Jared Panvarello | 5/30/1999 | CA | Central District of California | No | Cucamonga Valley Water District (CA3610018) | No | Testicular Cancer | 1-9 |
| 95 | Gabriel Perez Esteban | 5/16/2001 | TX | Northern District of Texas | No | City Of Chino (CA3610012) | No | Testicular Cancer | 1-9 |
| 96 | Suzanne Perrault | 11/20/1969 | CA | Eastern District of California | No | Sacramento Suburban Water District (CA3410001) | No | Ulcerative Colitis | 1-9 |
| 97 | Adam Peterlin | 9/12/1996 | NC | Western District of North Carolina | No | Town of Boone (NC0195010) | No | Testicular Cancer | 1-9 |
| 98 | Tyler Peterson | 9/22/1994 | CT | District of Connecticut | No | American Fork City (UTAH25008) | No | Testicular Cancer | 1-9 |
| 99 | Martin Pierce | 9/12/1960 | NH | District of New Hampshire | No | City of Arlington (TX2200001) | No | Kidney Cancer | 1-9 |
| 100 | Gregory Powers | 2/15/1953 | IL | Central District of Illinois | No | Bloomington (IL1130200) | No | Kidney Cancer | 1-9 |
| 101 | Gary Reese | 10/30/1947 | TX | Southern District of Texas | No | City Of Abilene (TX2210001) | No | Kidney Cancer | 1-9 |
| 102 | Pedro Reyes | 10/25/1996 | UT | District of Utah | No | Granger-Hunter Improvement District (UTAH18007) | No | Testicular Cancer | 1-9 |
| 103 | Jennifer Roberts | 3/2/1982 | KY | Western District of Kentucky | No | Louisville Water Company (KY0560258) | No | Ulcerative Colitis | 1-9 |
| 104 | Maria Rodriguez | 1/16/1955 | CA | Central District of California | No | San Gabriel Valley Water Co. - El Monte (CA1910039) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 105 | Steven Sanderson | 5/4/1983 | AL | Northern District of Alabama | No | Town Of Belmont (MS0710001) | No | Ulcerative Colitis | 1-9 |
| 106 | Frank Scalabrino | 6/16/1950 | SC | Eastern District of New York | No | Liberty Utilities New York - Lynbrook (NY2902835) | No | Kidney Cancer | 1-9 |
| 107 | Lina Schillaci | 5/23/1967 | NY | Eastern District of New York | No | New York City System (NY7003493) | No | Kidney Cancer | 1-9 |
| 108 | Dominic Schwabe | 3/5/1993 | WI | Eastern District of Wisconsin | No | Milwaukee Waterworks (WI2410100) | No | Testicular Cancer | 1-9 |
| 109 | Robert Seed | 11/24/1953 | OH | District of New Jersey | No | NJ American Water - Coastal North (NJ1345001) | No | Kidney Cancer | 1-9 |
| 110 | Helene Siegel | 9/18/1948 | NY | Eastern District of New York | No | Liberty Utilities New York - Merrick (NY2902840) | No | Kidney Cancer | 1-9 |
| 111 | Connor Sielsky | 9/4/1995 | MI | Eastern District of Michigan | No | Dundee (MI0001880) | No | Testicular Cancer | 1-9 |
| 112 | Jason Simpson | 8/20/1984 | NM | Eastern District of California | No | City Of Sacramento (CA3410020) | No | Testicular Cancer | 1-9 |
| 113 | Anthony Smith | 1/15/1962 | AL | Middle District of Alabama | No | Citizens Water - Indianapolis (IN5249004) | No | Kidney Cancer | 1-9 |
| 114 | Christopher Smith | 12/6/1972 | TX | Middle District of North Carolina | No | City of Greensboro (NC0241010) | No | Kidney Cancer | 1-9 |
| 115 | Lionel Smith | 6/30/1956 | MO | Eastern District of Missouri | No | St. Louis City PWS (MO6010715) | No | Kidney Cancer | 1-9 |
| 116 | Nicholas Smith | 12/9/1987 | NC | Eastern District of North Carolina | No | City Of Santa Monica (CA1910146) | No | Testicular Cancer | 1-9 |
| 117 | Stanley Smith | 11/15/1946 | TX | Western District of Texas | No | Laclede County PWSD 2 (MO5024318) | No | Kidney Cancer | 1-9 |
| 118 | Christopher Soldano | 6/21/1972 | OH | Southern District of Ohio | No | Cincinnati Public Water System (OH3102612) | No | Kidney Cancer | 1-9 |
| 119 | Lori Stanton | 12/30/1965 | CO | District of Colorado | No | Philadelphia Water Department (PA1510001) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 120 | James Stewart | 7/25/1959 | NJ | District of New Jersey | No | City Of Houston (TX1010013) | No | Kidney Cancer | 1-9 |
| 121 | Cindy Stoker | 11/22/1960 | GA | Northern District of Georgia | No | Lafayette (GA2950002) | No | Kidney Cancer | 1-9 |
| 122 | Richard P. Sutphen | 11/13/1955 | TX | Southern District of Texas | No | City Of La Porte (TX1010018) | No | Kidney Cancer | 1-9 |
| 123 | Billy Thomas II | 2/20/1964 | OH | Southern District of Ohio | No | Cincinnati Public Water System (OH3102612) | No | Kidney Cancer | 1-9 |
| 124 | James Thomason | 5/6/1967 | OH | Northern District of Ohio | No | Akron City Public Water Service (OH7700011) | No | Kidney Cancer | 1-9 |
| 125 | Mary Valencia | 2/19/1968 | AZ | District of Arizona | No | California Water Service - ELA (CA1910036) | No | Kidney Cancer | 1-9 |
| 126 | Cecil Robert Vannix | 6/14/1953 | CA | Central District of California | No | Calleguas Municipal Water Dist (CA5610050) | No | Testicular Cancer | 1-9 |
| 127 | Claude Wall | 11/16/1953 | NC | Western District of North Carolina | No | City Of Houston (TX1010013) | No | Kidney Cancer | 1-9 |
| 128 | Seth Warden | 8/3/1995 | OH | Southern District of Ohio | No | Athens PWS (OH0500212) | No | Testicular Cancer | 1-9 |
| 129 | Richard Waters | 7/31/1992 | CA | Northern District of California | No | Contra Costa Water District (CA0710003) | No | Testicular Cancer | 1-9 |
| 130 | Brent Wert | 5/17/1975 | MI | Western District of Michigan | No | Village of Baldwin (MI0000350) | No | Testicular Cancer | 1-9 |
| 131 | Mark Westman | 6/18/1966 | NE | District of Nebraska | No | City of Hastings (NE3100101) | No | Testicular Cancer | 1-9 |
| 132 | Richard Whetsell | 11/29/1968 | OK | Eastern District of Oklahoma | No | City of Goose Creek (SC0810004) | No | Kidney Cancer | 1-9 |
| 133 | Debbie Wiggins | 4/22/1967 | LA | Western District of Louisiana | No | Bastrop Water System (LA1067003) | No | Kidney Cancer | 1-9 |
| 134 | Deklan Wilk | 9/27/2002 | CO | District of Colorado | No | Fayetteville Public Works Commission (NC0326010) | No | Testicular Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 135 | Stephen Winters | 6/6/1952 | CA | Central District of California | No | Foothill Municipal Water Dist. (CA1910032) | No | Kidney Cancer | 1-9 |
| 136 | Calvin Wood Jr. | 6/6/1968 | FL | Northern District of Florida | No | City Of Tallahassee (FL1370655) | No | Kidney Cancer | 1-9 |
| 137 | Robert Woods | 4/4/1970 | FL | Northern District of Florida | Yes | Bedford City Utilities (IN5247001) | No | Kidney Cancer | 1-9 |
| 138 | Rachel Wright | 10/3/1967 | WA | Western District of Washington | No | Firgrove Mutual Inc., (WA5325200) | No | Kidney Cancer | 1-9 |
| 139 | Louis Young | 8/27/1960 | TX | Southern District of Texas | No | Baffin Bay WSC (TX1370032) | No | Kidney Cancer | 1-9 |